**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

MAGISTRATE JUDGE: **WILLIAM E. FITZPATRICK**
DEPUTY CLERK: **TINA FITZGERALD**

UNITED STATES OF AMERICA                HEARING: R5        CASE#: 24mj498

-VS-                                                           DATE: 12/17/24   TIME: 2:00 p.m.

_____Abdullah Hassan_____                RECORDER: FTR SYSTEM      REMOTE HEARING ( )

COUNSEL FOR THE UNITED STATES:                Sehar Sabir

COUNSEL FOR THE DEFENDANT:

INTERPRETER:                   LANGUAGE:

( x ) DEFT APPEARED    ( ) W/COUNSEL    ( X ) DUTY FPD PRESENT: Shannon Quill

( x ) DEFT INFORMED OF RIGHTS, CHARGES, PENALTIES and/or violations

( x ) DUE PROCESS ACT-ORDER SIGNED BY JUDGE

**( x )** COURT APPOINTED COUNSEL ( x ) FPD    ( ) CJA    ( ) R40 PURPOSES ONLY ( ) DEFT WILL RETAIN COUNSEL

**( )** GVT. CALLS WITNESS & ADDUCES EVIDENCE    ( ) AFFIDAVIT

**( )** EXHIBIT #_____ADMITTED

**( )** PROBABLE CAUSE:    FOUND **( )**    NOT FOUND ( )

( ) PRELIMINARY HEARING WAIVED    ( ) FILED    ( ) ORALLY

**( )** MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DFT. ADMITS VIOLATION ( )DFT. DENIES VIOLATION    ( ) COURT FINDS DFT. IN VIOLATION

**MINUTES: USA seeks detention-Granted.**

**( x ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS**
**( ) DEFENDANT CONTINUED ON CONDITIONS OF    ( ) BOND    ( )PROBATION    ( )SUP. RELEASE**

**NEXT COURT APPEARANCE:___12/19/24_____at   2:00 pm_____Before Fitzpatrick**
( x ) DH ( x ) PH ( ) STATUS ( ) TRIAL ( ) JURY    ( ) PLEA ( ) SENT (   ) PBV   ( ) SRV   ( ) R40 ( ) PTV