AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
2024 DEC 17  P 2: 47

| | |
|---|---|
| United States of America<br>v.<br>Abdullah Ezzeldin Taha Mohamed Hassan<br><br>*Defendant* | )<br>)  Case No. 1:24-mj-498<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Abdullah Ezzeldin Taha Mohamed Hassan                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

18 U.S.C. § 842(p)(2)(A) (distribution of information relating to explosives, destructive devices, and weapons of mass destruction in furtherance of the commission of a federal crime of violence, that is 18 U.S.C. §§ 1116(a), 1116(b)(4)(B), 1111 (first-degree murder of internationally protected persons))

Date: December 16, 2024 at 5:00 pm                    *William C. Fitzpatrick*

                                                                                        Hon. William E. Fitzpatrick, United States Magistrate Judge
City and state:    Alexandria, Virginia                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/16/2024 , and the person was arrested on *(date)* 12/17/2024
at *(city and state)* FALLS CHURCH, VA .

Date: 12/17/2024

                                                                                        *Arresting officer's signature*

                                                                                        Tyler Ellefson, FBI
                                                                                        *Printed name and title*