IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDULLAH EZZELDIN TAHA MOHAMED HASSAN,<br><br>Defendant. | Criminal No. 1:25-CR-44<br><br>18 U.S.C. § 842(p)(2)(A) (distribution of information relating to explosives, destructive devices, and weapons of mass destruction) |

**INDICTMENT**

February 2025 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

Between on or about November 23, 2024, through on or about December 17, 2024, in Falls Church, Virginia, in the Eastern District of Virginia, and elsewhere, the defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, did knowingly distribute information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, to wit, a violation of 18 U.S.C. §§ 1116(a), 1116(b)(4)(B), 1111 (first-degree murder of internationally protected persons).

(In violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).)

A TRUE BILL

Pursuant to the E-Government Act,,
The original of this page has been filed
under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By: _____
Gavin R. Tisdale
Sehar F. Sabir
Assistant United States Attorneys