IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDULLAH EZZELDIN TAHA MOHAMED HASSAN,<br><br>      Defendant. | Criminal No. 1:25-CR-44 |

**GOVERNMENT'S APPLICATION TO DESIGNATE A**
**CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.

As alleged in the complaint affidavit and indictment, the defendant, Abdullah Ezzeldin Taha Mohamed Hassan, sent another individual information that was intended to help build and use a bomb, which Hassan knew the individual would use to commit a terrorist attack on the Consulate General of Israel in New York by murdering internationally protected persons.  The indictment charges Hassan with distributing information pertaining to explosives, destructive devices, and weapons of mass destruction, in violation of 18 U.S.C. § 842(p)(2)(A).  Due to the nature of the charges, the United States anticipates that issues relating to classified information

---

[1] In the original Security Procedures promulgated by Chief Justice Burger, the title of the position was Court Security Officer.  In the revised Security Procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

will arise in connection with this case.

The government intends to file a motion for a protective order, *ex parte*, *in camera*, and under seal, pursuant to Section 4 of CIPA.

To assist the Court and court personnel in handling the government's CIPA motion and implementing any orders relating to the matter, the government requests that the Court designate Harry J. Rucker as the CISO for this case, to perform the duties and responsibilities prescribed for CISOs in the Security Procedures promulgated by the Chief Justice.

The government further requests that the Court designate the following persons as "Alternate CISO," to serve in the event Mr. Rucker is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Winfield S. "Scooter" Slade.

        Respectfully submitted,

        Erik S. Siebert
        United States Attorney

By:        /s/
        Gavin R. Tisdale
        Sehar F. Sabir
        Assistant United States Attorneys
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3700
        Gavin.Tisdale@usdoj.gov

        Elisabeth Poteat, Trial Attorney, CTS

.