IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 1:25-cr-44 (RDA) |
| ) | |
| ABDULLAH EZZELDIN TAHA ) | |
| MOHAMED HASSAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter came before the Court on June 11, 2025, for a CIPA Section 2 Hearing. During the hearing, the Government requested a deadline for CIPA Section 4 information to be set. The parties further indicated that they do not believe that CIPA Sections 5 and 6 are relevant at this time. Accordingly, for the reasons stated from the bench, it is hereby

ORDERED that an *ex parte* and under seal hearing is SCHEDULED for August 13, 2025 at 11:00 a.m. pursuant to CIPA Section 4; and it is

FURTHER ORDERED that the Government is DIRECTED to submit any such materials at least two weeks in advance of the hearing so that the Court may have an opportunity to review them; and it is

FURTHER ORDERED that a status conference is set in this case for August 27, 2025 at 11:00 a.m.

The Clerk is directed to forward copies of this Order to counsel of record.

It is SO ORDERED.

Alexandria, Virginia
June 11, 2025

/s/
Rossie D. Alston, Jr.
United States District Judge