UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   1:25-cr-00044 |
| v. | *EX PARTE* SUBMISSION UNDER SEAL |
| ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, | HON. ROSSIE D. ALSTON, JR. |
| Defendant. | |

**ABDULLAH HASSAN'S *EX PARTE* BRIEF REGARDING POTENTIAL DEFENSES MATERIAL TO THE COURT'S CIPA § 4 CONSIDERATION**