

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDULLAH EZZELDIN TAHA MOHAMED HASSAN,<br><br>Defendant. | Criminal No. 1:25-CR-44<br><br>Count One:  18 U.S.C. § 2339B (attempting to provide material support or resources to a Foreign Terrorist Organization)<br><br>Count Two:  18 U.S.C. § 842(p)(2)(A) (distribution of information relating to explosives, destructive devices, and weapons of mass destruction)<br><br>Count Three:  18 U.S.C. § 1512(c)(1) (attempting to destroy, alter, or conceal record or objects) |

**SUPERSEDING INDICTMENT**

February 2026 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Between on or about August 22, 2024, through on or about December 17, 2024, in the Eastern District of Virginia, and elsewhere, the defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, did knowingly attempt to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b), namely services and personnel, to a foreign terrorist organization—namely, the Islamic State of Iraq and Syria ("ISIS")—which, at all times relevant to this Superseding Indictment, was designated as a foreign terrorist organization pursuant to Section 219 of the Immigration and Nationality Act, knowing that ISIS was a designated foreign terrorist organization, and that ISIS engages and has engaged in terrorist activity, and that ISIS engages and has engaged in terrorism.

(In violation of Title 18, United States Code, Section 2339B.)

## COUNT TWO

Between on or about November 15, 2024, through on or about December 4, 2024, in the Eastern District of Virginia, and elsewhere, the defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, did distribute by any means information pertaining to, in whole or in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, to wit, a violation of 18 U.S.C. § 2332a(a)(4) (using a weapon of mass destruction against any property within the United States that is owned, leased, or used by a foreign government).

(In violation of Title 18, United States Code, Section 842(p)(2)(A), 844(a)(2).)

## COUNT THREE

On or about the 17th day of December 2024, in the Eastern District of Virginia, the defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, did corruptly attempt to alter, destroy, mutilate, and conceal a record and other object, to wit, the digital contents of a cell phone, with the intent to impair its integrity and availability for use in an official proceeding in the Eastern District of Virginia.

(In violation of Title 18, United States Code, Section 1512(c)(1).)

4

## NOTICE OF SPECIAL FINDINGS

THE GRAND JURY FURTHER FINDS THAT:

1. The defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, intentionally selected the victims of 18 U.S.C. § 2339B, as charged in COUNT ONE of this Superseding Indictment, because of their actual and perceived religious beliefs and national origin.

2. The defendant, ABDULLAH EZZELDIN TAHA MOHAMED HASSAN, intentionally selected the victims of 18 U.S.C. § 842(p)(2)(A), for purposes of committing 18 U.S.C. Section 2332a(a)(4), as charged in COUNT TWO of this Superseding Indictment, because of their actual and perceived religious beliefs and national origin.

A TRUE BILL

Pursuant to the E-Government Act, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Todd W. Blanche
Deputy Attorney General

By: _____
Gavin R. Tisdale
Sehar F. Sabir
Assistant United States Attorneys