IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

Filed with the Classified
Information Security Officer
CISO _____
Date _____ 3/13/26

UNITED STATES OF AMERICA

v.

Case No. 1:25-CR-44

ABDULLAH EZZELDIN TAHA
MOHAMED HASSAN

FILED *IN CAMERA*, *EX PARTE* AND
UNDER SEAL WITH THE CLASSIFIED
INFORMATION SECURITY OFFICER

Defendant.

**GOVERNMENT'S SECOND CLASSIFIED *IN CAMERA*, *EX PARTE*  MEMORANDUM
OF LAW AND MOTION FOR A PROTECTIVE ORDER PURSUANT TO RULE 16(d)
OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT**